## FIRST DEPARTMENT, APRIL, 1946.
### (April 5, 1946.)

INDEPENDENT ELECTRIC LIGHTING CORP., Respondent, v. ARMIN DEVELOPMENT
CORPORATION, Appellant.

*Per Curiam.* Assuming that defendant adopted the contract sued on, that
contract afforded it the absolute right of cancellation on thirty days' notice,
and defendant availed itself of that right. We find no ambiguity with respect
to the provisions of the contract affording the right of cancellation, nor does
there appear to be any triable issue in the case.

The order denying defendant's motion for summary judgment should be
reversed, with $20 costs and disbursements to the appellant, and the motion
granted.

Martin, P. J., Townley, Glennon, Callahan and Peck, JJ., concur.

Order unanimously reversed, with $20 costs and disbursements to the appellant, and the motion granted.